# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
(1) a blue iPhone seized from a car belonging to Ming Dong Chen; (2) a black MSI gaming ) Case No. 1:24-mj- 80-01/07-TSM
laptop number, serial number GP72QF495USK1603000445; (3) a silver Alienware laptop, )
model number P120F003; (4) a white iPhone 13 seized from Jinbin Ren; (5) a silver iPhone in )
a clear case seized from Naxin Wu; (6) a white iPhone in a grey case seized from Mengying )
Jiang; and (7) a black iPhone with a cracked screen seized from Mengying Jiang, )
CURRENTLY LOCATED AT 275 Chestnut Street, Suite 307, Manchester, NH 03101

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Please see attachments A-1 though A-7.

located in the _____ District of New Hampshire , there is now concealed *(identify the person or describe the property to be seized)*:

Please see attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1030 | - Fraud and Related Activity in Connection with Computers |
| 18 U.S.C. § 1029 | - Fraud and Related Activity in Connection with Access Devices |
| 18 U.S.C. § 1343 \ | - Wire Fraud |
| 18 U.S.C. §§ 1956, 1957 | - Money Laundering |

The application is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Bradley Nims
*Applicant's signature*

S.A. Bradley Nims, Homeland Security Investigations
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone *(specify reliable electronic means)*.

Date: **Apr 19, 2024**
*Judge's signature*

City and state: Concord, New Hampshire    Hon. Talesha L. Saint-Marc, U.S. Magistrate Judge
*Printed name and title*